**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | _____ |
| v. | |
| DEFENDANT(S). | **JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)** |

     This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

     IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

_____

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court


Dated: _____        By _____
                                                              Deputy Clerk

At: _____


cc:       Counsel of record